18706. SEABOARD AIR-LINE RAILWAY CO. v. D'AVIGNON.

BROYLES, C. J. The court did not err in allowing the amendment to the petition, or in overruling the demurrers to the petition as amended.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

*W. W. Dykes,* for plaintiff in error.
*Hollis Fort, J. A. Hixon,* contra.

18707. MARTIN v. THE STATE.

BLOODWORTH, J. The motion for a new trial contains no special grounds. The jury were authorized, under the evidence submitted to them, to find the accused guilty, and the court properly overruled the motion.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 10, 1928.

*R. A. McGraw,* for plaintiff in error.
*J. F. Hatchett, solicitor,* contra.